IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 2:06mc3280-MHT |
| | ) | |
| | ) | Honest Inquiry One |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA G. GOLSON, | ) | |
| | ) | |
| RESPONDENT. | ) | |

RECEIVED
2006 FEB 16  A 10: 24

I, Debra G. Golson, Declarant, a natural woman brought into existence by the God of Creation, a free Woman, a woman of common intelligence, born in the territorial boundaries of the Republic of Kentucky, has never lived outside the territorial boundaries of the Republics of Alabama, Florida, Kentucky or New Jersy, a stay at home mom, not a trustee/fiduciary or transfer agent of, or representing in any way, any corporation or other artificial entity, has not knowingly, willingly, or intentionally authorized any gifts, under threat, duress and without prejudice, provide the following for the sole purpose of determining jurisdiction and venue.

Declarant simply does not understand the nature and cause of the accusation with regard to the elements of personal jurisdiction, venue, and the nature of the action until they are properly alleged. Declarant is therefore unable to enter any plea until an opportunity to raise a meaningful defense against these elements is provided. There is insufficient information to form an answer. An unstated presumption can not be rebutted. **_All_** presumptions must be fully disclosed to avoid violating due process and/or as required by 5 USC 552.

**5CFR2635.101 Basic obligation of public service** places a responsibility on government employees to act with integrity and uphold the Constitution for the United States of America which includes the laws and the rulings of the Supreme Court. Further, the IRS Mission is to "Provide America's taxpayers top quality **_service_** by helping them **_understand_** and meet their tax responsibilities and by applying the tax law with integrity and fairness to all."

> **"The whole art of government consists in the art of being honest." --Thomas Jefferson: Rights of British America, 1774. ME 1:209, Papers 1:134**
>
> **"it is this (Supreme) Court's prerogative alone to overrule one of its precedents." Agostini v. Felton, 521 U.S. 203, 237-238 (1997); State Oil Co. v. Khan, 522 U.S. 3, 20 (1997)**

CMH# 7004 2890 0004 6383 3577

Declarant respectfully cites the response provided by Larry B. Golson in CASE NUMBER 2:06mc3278-MHT as the same in the instant case in an effort to reduce paper consumption with the exception that Declarant doesn't understand anything at all and could only say I don't know or remain silent in the meeting referred to. Declarant does not participate in any financial matters other than to, on occasion, buy groceries and the like.

Dated February 13, 2006

Respectfully,

*[signature]*
Debra G. Golson

To the best of my knowledge and ability

All Rights Reserved Without Prejudice (UCC 1-207.4)