# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT   MONTGOMERY,   ALABAMA

DATE COMMENCED   FEBRUARY 27, 2006          AT      10:07      A.M./P.M.

DATE COMPLETED   FEBRUARY 27, 2006          AT      11:05      A.M./P.M.

```
UNITED STATES OF AMERICA          )
                                  )
    v                             )     Civil Misc No.
                                  )     2:06-mc-3278-MHT
                                  )
LARRY B. GOLSON                   )

UNITED STATE OF AMERICA           )
                                  )
    v                             )     Civil Misc No.
                                  )     2:06-mc-3280-MHT
                                  )
DEBRA G. GOLSON                   )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| AUSA R. Randolph Neeley | X | Larry Golson and Debra Golson, Pro |
|  | X | Se |
|  | X |  |

COURT OFFICIALS PRESENT:

| Sheila Carnes, | David Sapp, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

## **SHOW CAUSE HEARING**

| | |
|---|---|
| 10:07 a.m. | Court convened.<br>Show cause hearing commenced on government's motion to enforce summons.  **ORAL ORDER** directing the Golsons to produce requested documents.  Parties excused to allow Golsons to furnish documents to the government. |
| 10:12 a.m. | Break (production of documents by Golsons). |
| 10:56 a.m. | Hearing continued.<br>Government's oral report re Golsons' production of document; additional documents to be provided within 45 days.  Order to issue directing that hearing will resume in April; government directed to advise the court during the 45-day period if there is no progress in the production of documents or if the defendant has fully complied with the summons. |
| 11:05 a.m. | Hearing adjourned. |