IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
    )
    Petitioner,    )
    )    CIVIL ACTION NO.
    v.    )    2:06mc3280-MHT
    )
DEBRA G. GOLSON    )
    )
    Respondent.    )


ORDER

By agreement of the parties made at the hearing held

on February 27, 2006, it is ORDERED that the hearing is

continued to April 12, 2006, at 10:00 a.m. in the Frank

M. Johnson, Jr. Federal Courthouse complex, Courtroom 2E,

One Church Street, Montgomery, Alabama, 36104.

DONE, this the 28th day of February, 2006.


    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE