IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: 2:06mc3280-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| DEBRA G. GOLSON, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO DISMISS AND/OR CANCEL PROCEEDINGS**

Comes now Plaintiff, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and respectfully requests that its Petition to Enforce Internal Revenue Service Summons be dismissed and that the hearing scheduled for April 12, 2006, be cancelled, and as grounds states as follows:

1. Plaintiff filed a Petition to Enforce Internal Revenue Summons on January 19, 2006. (Doc. 1). Thereafter, in relevant part, Defendant appeared before the Court to show cause why Plaintiff's petition should not be granted. (Doc. 2). During the course of these proceedings, Defendant was ordered to comply with the summons of the Internal Revenue Service and given until April 12, 2006, to so do.

2. Defendant has substantially complied with Plaintiff's requests and provided the materials sought in the summons. Therefore, there no longer exists a need for the hearing scheduled for April 12, 2006.

Respectfully submitted this 11th day of April, 2006.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>**E-mail: rand.neeley@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by U.S. Postal Service, a copy of same to the following non-CM/ECF participant(s):

>Debra G. Golson, pro se
>7736 Deer Trail Road
>Montgomery, AL 36117

>>s/R. Randolph Neeley
>>Assistant United States Attorney